UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60831-CIV-DAMIAN/Strauss

**AJA SMITH**,

      Plaintiff,

v.

**BANK OF AMERICA, N.A.**,

      Defendant.

_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** is before the Court following a Status Conference held on June 9, 2026, at which the parties appeared before the undersigned to address the following pending motions filed by Plaintiff, Aja Smith, proceeding *pro se*:

- **ECF No. 46**: Motion to Vacate Dismissal, filed February 20, 2026;

- **ECF No. 47**: Motion to Amend to Correct Parties, filed February 23, 2026;

- **ECF No. 49**: Amended Motion to Amend to Correct Parties, filed February 24, 2026;

- **ECF No. 50**: Motion to Amend Previously Filed Motion to Vacate to Add Signature, filed March 5, 2026; and

- **ECF No. 51**: Motion to Be Added to E-File for Service, Update and Authorize Email, filed March 18, 2026.

For the reasons stated on the record at the Status Conference, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      Plaintiff's Motion to Vacate Dismissal is **GRANTED IN PART** to the extent that Plaintiff requests that the Court vacate the Order Dismissing Case [ECF No. 45] on

grounds she did not receive notice of Court Orders, entered on February 10, 2026.[1] Accordingly, and pursuant to Federal Rule of Civil Procedure 60(b), this Court's Order Dismissing Case [ECF No. 45] is hereby **VACATED**.

2. Plaintiff's Motions to Amend [**ECF Nos. 47, 49, and 50**] are **DENIED AS MOOT**.

3. Plaintiff's Motion to Be Added to E-File for Service [**ECF No. 51**] is **GRANTED** to the extent that Plaintiff requests permission to receive notices electronically in the instant case at the following updated email address: ajbelsmith@gmail.com. In order to receive notices of electronic filing from the Court's CM/ECF system, Plaintiff must file the attached form: Consent by Pro Se Litigant (Non-Prisoner) to Receive Notices of Electronic Filing.

4. The Clerk of Court is directed to **REOPEN** this case.

5. Defendant, Bank of America, N.A., is directed to confer with Plaintiff regarding the issues that were raised by Plaintiff at the Status Conference.

6. By **June 26, 2026**, Defendant shall file a Joint Status Report informing the Court regarding the status of the pending claims and whether the parties are interested in a settlement conference before a Magistrate Judge.

7. The Clerk is **DIRECTED** to send a copy of this Order and the form Consent by Pro Se Litigant (Non-Prisoner) to Receive Notices of Electronic Filing to Plaintiff's email address listed below.

---

[1] As stated on the record at the Status Conference, the issues raised by Plaintiff in the Motion regarding her former attorney's withdrawal in the instant matter is not before this Court.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 16th day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Aja Smith, *Pro se*
6298 NW 14 Court
Sunrise, FL 33313
ajbelsmith@gmail.com

Counsel of record